**Opinion issued December 13, 2012**



In The

### Court of Appeals
**For The**
### First District of Texas

---

**NO. 01-12-00947-CV**

---

**CLARENCE BEASLEY, Appellant**

**V.**

**TRACETTE HOUSE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1009109**

---

## MEMORANDUM OPINION

Appellant, Clarence Beasley, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West

2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Although appellant filed a document styled as a "Paupers [sic] Affidavit", this document does not in fact constitute an affidavit and fails to invoke Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1(a)(2)(A); *see also* TEX. GOV'T CODE ANN. § 312.011(1) (West 2005); *Humphreys v. Caldwell*, 888 S.W.2d 469, 470–71 (Tex. 1994); *In re B.N.*, 303 S.W.3d 16, 18 (Tex. App.—Waco 2009, no pet.); *cf.* TEX. CIV. PRAC. & REM. CODE ANN. § 132.001 (West Supp. 2012). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.